**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: LawOffice@joecharles.com**

Joseph W. Charles
State Bar #003038
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| **CALIN RUS**, and **AUGUSTA RUS,** | Case No. 2:10-bk-07534-RJH |
| Debtors. | **NOTICE OF LODGING** |

**NOTICE IS HEREBY GIVEN** that JOSEPH W. CHARLES, P.C., attorneys for the Debtors, CALIN RUS, has on this date, lodged with the Honorable Sarah Sharer Curley, the proposed Order reinstating the above-captioned case.

RESPECTFULLY SUBMITTED this 30th day of March, 2010.

                        **JOSEPH W. CHARLES, P.C.**

                    BY:    /s/ Joseph W. Charles
                            Joseph W. Charles
                            5704 W. Palmaire Avenue
                            P.O. Box 1737
                            Glendale, Arizona 85311-1737
                            Attorneys for Debtor

- 1 -

An ORIGINAL of the foregoing was
Electronically filed with the Clerk of the Court
And a COPY was mailed this
30th day of March, 2010, to:

United States Trustee
District of Arizona
230 North First Avenue, Suite 204
Phoenix, AZ  85003-1706


 /s/ M. Herrera