# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | CALIN & AUGUSTA RUS |
| **Case Number:** | 2:10-bk-07534-RJH  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 06, 2010 01:30 PM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## *Matter:*

CHAPTER 11 STATUS CONFERENCE

**R / M #:**   5 / 0

**VACATED:  Case Dismissed 3/30/10**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Case Dismissed 3/30/10

Case 2:10-bk-07534-RJH    Doc 11    Filed 04/06/10    Entered 04/06/10 09:57:27    Desc
Main Document    Page 1 of 1                                    04/06/2010  9:57:18AM