IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: April 12, 2010**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| **CALIN RUS and AUGUSTA RUS,** | Case No. 2:10-bk-07534-RJH |
| Debtors. | **ORDER** |

Pursuant to the Motion to Reinstate Chapter 11 Bankruptcy, and good cause appearing;

**IT IS HEREBY ORDERED** that the above-captioned Chapter 11 proceeding is hereby reinstated.

**DONE IN OPEN COURT** this _____ day of _____, 2010.

_____
Honorable Judge Randolph J Haines
United States Bankruptcy Court

- 1 -

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: mkelly              Page 1 of 1              Date Rcvd: Apr 13, 2010
Case: 10-07534                Form ID: pdf002           Total Noticed: 7

The following entities were noticed by first class mail on Apr 15, 2010.
db/jdb     +CALIN RUS,   AUGUSTA RUS,   25514 N. 7TH AVE,   PHOENIX, AZ 85085-2883
smg         AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,   1600 W. MONROE, 7TH FL.,
            PHOENIX, AZ   85007-2650
9057384     CAPITAL ONE,   P. O. Box 30285,   Salt Lake City UT 84130-0285
9057385    +FIRST NATIONAL BANK,   P. O. Box 3331,   Omaha NE 68103-0331
9057386     GMAC MORTGAGE,   P. O. Box 4622,   Waterloo IA 50704-4622
9057387    +M & I BANK,   P. O. Box 2035,   Milwaukee WI 53201-2035
9057388    +ONE WEST BANK (INDY MAC),   P. O. Box 4045,   Kalamazoo MI 49003-4045

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9101367*     CAPITAL ONE,   P. O. Box 30285,   Salt Lake City UT 84130-0285
9101368*    +FIRST NATIONAL BANK,   P. O. Box 3331,   Omaha NE 68103-0331
9101369*     GMAC MORTGAGE,   P. O. Box 4622,   Waterloo IA 50704-4622
9101370*    +M & I BANK,   P. O. Box 2035,   Milwaukee WI 53201-2035
9101371*    +ONE WEST BANK (INDY MAC),   P. O. Box 4045,   Kalamazoo MI 49003-4045
                                                                              TOTALS: 0, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 15, 2010**           **Signature:** _Joseph Speetjens_